IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JOAN ANN GREIG, AS SPECIAL ADMINISTRATRIX of the ESTATE of JAMES GREIG, deceased, and on behalf, of the wrongful death beneficiaries of JAMES GREIG<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant. | Case No.: 4:13-CV-0028 |

**PLAINTIFF'S NOTICE OF DISMISSAL BY STIPULATION**

Plaintiff, by its attorneys, THE LAW OFFICES OF DARREN O'QUINN, PLLC and DODDS, KIDD, AND RYAN, states that pursuant to *Fed. R. Civ. P. 41(a)(1)(A)* this action is dismissed without prejudice by this stipulation of dismissal signed by all parties who have appeared.

Respectfully submitted,

/s/ M. Darren O'Quinn,
Arkansas Bar #87-125
**LAW OFFICES OF DARREN O'QUINN PLLC**
Plaza West Building
415 N. McKinley, Suite 1000
Little Rock, AR 72205
(501) 975-2442 telephone
(501) 975-2443 facsimile
Darren@DarrenOQuinn.com email

AND

Lucas Rowan
DODDS, KIDD & RYAN
313 W. 2nd St.
Little Rock, AR 72201
501-375-9901
501-376-0387 (fax)
LRowan@DKRFirm.com

Attorneys for Plaintiff

AND

Lindsey Lorence
Assistant United States Attorney
Eastern District of Arkansas
425 West Capitol Avenue
Suite 500
Little Rock, Arkansas 72201
501.340.2625
501.340.2730 (fax)
lindsey.lorence@usdoj.gov

**Attorneys for Defendant**